# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-11
```

Finley T. Harckham, Esq.
fharckham@andersonkill.com
(212) 278-1543

**BY FAX (212) 805-7949**

March 22, 2011

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   Illinois National Insurance Company, The Insurance Company
      of the State of Pennsylvania, and National Union Fire
      Insurance Company Of Pittsburgh, Pa (collectively, "Plaintiffs")
      v. Tutor Perini Corp.
      Index No. 11-cv-00431 (PKC)

Dear Judge Castel:

We represent Defendant Tutor Perini Corporation ("Tutor Perini") in the above referenced matter. Pursuant to section 1(C) of your Honor's Individual Practices, this letter serves to request a further extension of time for Tutor Perini to respond to the Complaint.

There have been two previous extensions of time with respect to the deadline to resoond to the Complaint. The first extension (from February 15, 2011 to March 17, 2011) was based on Tutor Perini's request for additional time to engage counsel and evaluate the Complaint. The second extension (from March 17, 2011 to March 31, 2011) was requested by the parties in order to permit time to continue settlement discussions which may lead to a resolution of this action. Based on the status of those settlement discussions, however, in order to reach any resolution of the issues involved in this matter the parties believe that additional time will likely be required beyond the current March 31, 2011 deadline. Accordingly, the parties respectfully request a sixty day extension of time – from March 31, 2011 to May 30, 2011 – for Tutor Perini to respond to the Complaint, and further request that the Rule 16 Conference currently scheduled for April 29, 2011 be postponed to a date convenient for the Court after May 30, 2011.

*[Handwritten endorsement:]* Time to respond extended to May 30. Conference adjourned from April 29 to June 7, 2011 at 10:30 a.m.
ORDERED
[signature] USDJ
3-22-11

NYDOCS1-964207.2

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Stamford, CT

**Anderson Kill & Olick, P.C.**

Honorable P. Kevin Castel
March 22, 2011
Page 2

Plaintiffs have reviewed this letter and join in this request. This current requested extension will not affect any other scheduled dates.

Respectfully Submitted,

*Finley Harckham* /VP/

Finley T. Harckham

cc: John D. Hughes

NYDOCS1-964207.2