# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

John D. Hughes
617.951.3373
*fax* 888.325.9109
jhughes@eapdlaw.com

## MEMO ENDORSED

June 3, 2011

**BY FAX (212) 805-7949**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-11
```

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:   Illinois National Insurance Company, The Insurance Company of the State
>       of Pennsylvania, and National Union Fire Insurance Company Of
>       Pittsburgh, Pa (collectively, "Plaintiffs") v. Tutor Perini Corp. ("Tutor
>       Perini" or "Defendant")
>       Index No. 11-cv-00431 (PKC)

Dear Judge Castel:

We represent Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company Of Pittsburgh, Pa (collectively, "Plaintiffs") in the above-referenced matter. Pursuant to section 1(C) of your Honor's Individual Practices, this letter serves to request a further extension of time for Tutor Perini to respond to the Complaint.

The parties understand that your Honor has now granted a number of extensions, as indicated below, and may be reluctant to grant a further extension. The negotiations to resolve this matter have taken longer than the parties expected. Based on the current status of the negotiations, however, the parties believe they are very close to resolving this matter and therefore respectfully request a final short extension.

There have been four previous extensions of time with respect to the deadline to respond to the Complaint. The first extension (from February 15, 2011 to March 17, 2011) was based on Tutor Perini's request for additional time to engage counsel and evaluate the Complaint. The remaining extensions were requested by the parties in order to permit time to continue settlement discussions which may lead to a resolution of this action.[1]

---

[1] Second extension (from March 17, 2011 to March 31, 2011); Third extension (from March 31, 2011 to May 30, 2011), and Fourth extension (from May 30, 2011 to June 10, 2011).

# EDWARDS ANGELL PALMER & DODGE LLP

Judge Castel
Page 2

Based on the current status of those continued settlement discussions, however, the parties believe they are very close to resolving the issues in this matter and respectfully request a final short ten day extension of time -- from June 10, 2011 to June 20, 2011 -- for Tutor Perini to respond to the Complaint. The parties further request that the Rule 16 Conference currently scheduled for June 10, 2011 be postponed to a date convenient for the Court after June 20, 2011.

The Defendant has reviewed this letter and joins in this request. This current requested extension will not affect any other scheduled dates.

We respectfully appreciate your Honor's attention to this matter.

Respectfully submitted,

*[signature]*

John D. Hughes

cc: Finley T. Harckham (By Email)
    Alexander D. Hardiman (By Email)
    Vianny M. Pichardo (By Email)

---

**FINAL**

Time to respond adjourned to June 20.

Conference adjourned to: June 21st at 10:30 am
from: June 10

SO ORDERED:

*[signature]*
P. KEVIN CASTEL, U.S.D.J.
6-3-11