UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and THE METROPOLITAN TRANSPORTATION AUTHORITY,

Plaintiffs,

v.

TUTOR PERINI CORPORATION,

Defendant.

CASE NO. 11-CV-00431 (PKC)

**DECLARATION OF CARRIE L. MAYLOR, ESQ.**

CARRIE L. MAYLOR, an attorney admitted to practice in the State of New York, states under penalty of perjury that the facts contained in this Declaration are true:

1. I am an associate at the firm of Anderson Kill & Olick, P.C., counsel to Defendant Tutor Perini Corporation ("Tutor Perini"), in the above-captioned action.

2. I submit this Declaration in support of Defendant's motion to dismiss or strike the Metropolitan Transportation Authority ("MTA") as a plaintiff in this action.

3. On or about June 28, 2011, Plaintiffs Illinois National Insurance Company, the Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh, PA filed the Amended Complaint adding the MTA as a plaintiff in this action. A true and correct copy of the Amended Complaint is attached hereto as Exhibit A.

4. Upon information and belief, a true and correct copy of Illinois National Insurance Company policy number GL 9330407 for the policy period March 1, 2000 through

March 1, 2001 is attached hereto as Exhibit B. The individual pages of the Policy have been Bates numbered for ease of reference.

                                                  */s/ Carrie L. Maylor*
                                                  Carrie L. Maylor