UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and THE METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>                                  Plaintiffs,<br><br>    v.<br><br>TUTOR PERINI CORPORATION,<br><br>                                  Defendant. | CASE NO. 11-CV-00431 (PKC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tutor Perini Corporation ("Tutor Perini"), by their undersigned counsel, certifies that no parent corporation exists and no publicly held corporation owns 10% or more of the Tutor Perini's stock.

Dated: July 14, 2011
       New York, New York

**ANDERSON KILL & OLICK, P.C**

By: /s/ Finley T. Harckham
    Finley T. Harckham
    1251 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 278-1000
    Facsimile: (212) 278-1733

*Attorneys for Defendant Tutor Perini Corporation*

NYDOCS1-971520.1