UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLINOIS NATIONAL INSURANCE COMPANY;
THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA; NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA; and THE METROPOLITAN
TRANSPORTATION AUTHORITY,

     Plaintiffs,

     v.

TUTOR PERINI CORPORATION,

     Defendant.

CASE NO: 1:11-cv-00431-PKC

## ACCEPTANCE OF SERVICE OF FIRST AMENDED COMPLAINT, AND CONSENT TO BE NAMED AS PLAINTIFF

To:    John D. Hughes

    I have received your request to waive service of the First Amended Complaint in this action.

    The Metropolitan Transportation Authority waives service of process and accepts service of the First Amended Complaint.

    In addition, the Metropolitan Transportation Authority consents to its inclusion in this action as a named Plaintiff.

Date:  July 22, 2011

                  METROPOLITAN TRANSPORTATION
                  AUTHORITY

                  By: _Diane Morgenroth_

                  Diane J. Morgenroth
                 Title:  Chief, Commercial Litigation Unit New York City
                      Transit Authority
                      Attorney for Plaintiff, the Metropolitan
                      Transportation Authority
                      130 Livingston Street, Room 1238
                      Brooklyn, NY 11201
                      Email: Diane.Morgenroth@nyct.com
                      Telephone: 718/694-5713

BOS 879203.1