UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ILLINOIS NATIONAL INSURANCE COMPANY; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and THE METROPOLITAN TRANSPORTATION AUTHORITY,

Index No.: 11-cv-00431-PKC

                                         **Plaintiffs,**   **NOTICE OF APPEARANCE**

-against-

TUTOR PERINI CORPORATION,

                                           **Defendant.**

---

**PLEASE TAKE NOTICE** that Diane J. Morgenroth, an attorney of record for the plaintiff, Metropolitan Transportation Authority (MTA), requests that copies of all notices and other papers in this action be served on the undersigned at the e-mail and mailing address stated below.

Dated: Brooklyn, New York
        July 29, 2011

                                                Yours, etc.,
                                                ***/s/Diane J. Morgenroth***
                                                Diane J. Morgenroth
                                                Office of the General Counsel
                                                New York City Transit Authority
                                                130 Livingston Street, 12th Floor
                                                Brooklyn, New York 11201
                                                T- (718) 694-5713
                                                e-mail: diane.morgenroth@nyct.com