## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August 2011, I caused a true and correct copy of the foregoing Declaration of Thomas P. Hanley, Jr. With Respect to Tutor Perini's Motion to Dismiss or Strike Metropolitan Transportation Authority as Plaintiff to be filed using the Court's ECF system, thereby transmitting a copy to all counsel in this matter.

_____
Thomas P. Hanley, Jr.

1356938