John D. Hughes, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
Attorney for Plaintiffs

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-2-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLINOIS NATIONAL INSURANCE
COMPANY, THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA, and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

Plaintiffs,

v.

TUTOR PERINI CORPORATION,

Defendant.

C.A NO. 11-00431-PKC

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon motion of John D. Hughes, attorney for Plaintiffs Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania and National Union Fire Insurance Company of Pittsburgh, PA ("Plaintiffs") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Richard J. McCarthy, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Ph.: (617) 239-0100
Fax: (617) 227-4420
rmccarthy@eapdlaw.com

BOS 880215.1

is admitted to practice *pro hac vice* counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: July 8-2-11, 2011
New York, New York

Hon. *KEVIN CASTEL, USDJ*

BOS 880215.1