UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Illinois National Insurance
Company, et al.,          Plaintiff,          Case No. 11-00431-PKC

-against-

Tutor Perini Corporation,    Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**John D. Hughes**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 4174041

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Edwards Angell Palmer & Dodge LLP
            FIRM ADDRESS: 111 Huntington Avenue
            FIRM TELEPHONE NUMBER: 617-239-0100
            FIRM FAX NUMBER: 617-227-4420

NEW FIRM:   FIRM NAME: Edwards Wildman Palmer LLP
            FIRM ADDRESS: 111 Huntington Avenue
            FIRM TELEPHONE NUMBER: 617-239-0100
            FIRM FAX NUMBER: 617-227-4420

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 18, 2011

_____
ATTORNEY'S SIGNATURE