UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Illinois National Insurance          Case No. 11-00431-PKC
Company, et al.,          Plaintiff,

      -against-

Tutor Perini Corporation,          Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Richard J. McCarthy**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Edwards Angell Palmer & Dodge LLP
                    FIRM ADDRESS: 111 Huntington Avenue
                    FIRM TELEPHONE NUMBER: 617-239-0100
                    FIRM FAX NUMBER: 617-227-4420

NEW FIRM:    FIRM NAME: Edwards Wildman Palmer LLP
                    FIRM ADDRESS: 111 Huntington Avenue
                    FIRM TELEPHONE NUMBER: 617-239-0100
                    FIRM FAX NUMBER: 617-227-4420

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 18, 2011

                                                ATTORNEY'S SIGNATURE