UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>                      Plaintiffs,<br><br>  v.<br><br>TUTOR PERINI CORPORATION,<br><br>                      Defendant. | CASE NO. 11-CV-00431 (PKC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the District Court:

Please enter my appearance as additional counsel to Plaintiffs Illinois National Insurance Company; The Insurance Company of the State of Pennsylvania; and National Union Fire Insurance Company of Pittsburgh, Pa.

I certify that I am admitted to practice in this Court.

Dated: November 16, 2011

                                            By: /s/ Joshua W. Gardner
                                            Joshua W. Gardner
                                            Edwards Wildman Palmer LLP
                                            111 Huntington Avenue
                                            Boston, MA 02199
                                            Tel. 617.239.0100
                                            Fax. 617.227.4420
                                            Counsel to Plaintiffs

Certificate of Service

    I, Joshua W. Gardner, hereby certify that on this 16th day of November, 2011 I filed this Notice of Appearance using the court's ECF system, with a copy thereby transmitted electronically to all counsel of record.

                                            /s/ Joshua W. Gardner
                                            Joshua W. Gardner

BOS 886989.1