**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF REASSIGNMENT

                                                    NOTICE OF REASSIGNMENT

            OF

 CASES FROM HON. P. KEVIN CASTEL

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

            The cases on the attached list are reassigned to the calendar of:

                        HON. KATHERINE B. FORREST

            The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: November 18, 2011


                                    Ruby J. Krajick, CLERK


                                        Shante Jones
                        By: _____
                                        Deputy Clerk




cc: Attorneys of Record

Judge Castel to Judge Forrest

11cv6841

11cv6285

11cv7769

11cv5947

11cv431

11cv2058

11cv2846

11cv3487

11cv4109

11cv4531

11cv5305

11cv7410