USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 21 NOV 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ILLINOIS NATIONAL INSURANCE COMPANY,   :
THE INSURANCE COMPANY OF THE STATE OF   :
PENNSYLVANIA, and NATIONAL UNION FIRE   :  11 Civ. 431 (KBF)
INSURANCE COMPANY OF PITTSBURGH, PA,   :
:  ORDER
                            Plaintiffs,   :
:
        -v-   :
:
TUTOR PERINI CORPORATION,   :
                           Defendant.   :
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

     WHEREAS this case was recently transferred to the undersigned, it is hereby

     ORDERED that the status conference originally scheduled for March 16, 2012 at 10:30 a.m. is confirmed and the parties shall appear at that date and time in Courtroom 15A, United States District Court, 500 Pearl Street, New York, NY 10007, for a status conference.

     It is FURTHER ORDERED that the parties be prepared to address the following subjects at the status conference:

1. All existing deadlines, due dates and/or cut-off dates;

2. The issues to be tried in the case;

3. The anticipated length of trial; and

4. The status of any settlement discussions.

     If the parties anticipate making any dispositive motions, they should also treat the status conference as a pre-motion conference pursuant to Rule 2(A) of this Court's Individual Rules of

Practice for Civil Cases, available at http://nysd.uscourts.gov/judge/Forrest, and should comply with all procedures contemplated by Rule 2(A).

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer. The Court anticipates setting a trial date at the status conference.

Requests for adjournment may be made only in a writing received no later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified by the Court that the conference has been adjourned, it will be held as scheduled.

Dated: New York, New York
November 18, 2011

_____
KATHERINE B. FORREST
United States District Judge

2