AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  11-CV-00431 (KBF) |
| TUTOR PERINI CORPORATION ) | |
| *Defendant, Third-party plaintiff* ) | |
| v. ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON ) | |
| *Third-party defendant* ) | |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

A lawsuit has been filed against defendant ___TUTOR PERINI CORP.___ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___Illinois National Ins. Co., et al___ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Finley T. Harckham, Esq.
Vianny M. Pichardo, Esq.
Anderson Kill & Olick, P.C.; 1251 Avenue of the Americas; New York, NY  10020

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Rockas, Esq.
Wilson, Elser, Moskowitz & Dicker LLP; 260 Franklin Street; 14th Floor, Boston, Massachusetts 02210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   FEB 1 4 2012

RUBY J. KRAJICK

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLINOIS NATIONAL INSURANCE COMPANY,
THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, and NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                         Plaintiffs,

     v.

TUTOR PERINI CORPORATION,

                         Defendant.

---

TUTOR PERINI CORPORATION,

                     Third- Party
                     Plaintiff,

     v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                     Third-Party
                     Defendant,

CASE NO. 11-CV-00431 (KBF)

**AFFIRMATION OF SERVICE**

Vianny M. Pichardo, an attorney being duly sworn, affirms the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and employed by the law firm of Anderson Kill & Olick, P.C., located at 1251 Avenue of the Americas, New York, New York 10020.

On the 14th day of February, 2012, I caused a true and correct copy of the following to be served on Third-Party Defendant Certain Underwriters at Lloyd's, London ("Lloyd's"):

- Summons and Third-Party Complaint filed by Tutor Perini

by Federal Express, postage prepaid upon the following:

> George C. Rockas
> Jensen Varghese
> Wilson, Elser, Moskowitz,
> Edelman & Dicker LLP
> 260 Franklin Street, 14th Floor
> Boston, Massachusetts  02110

Mr. Rockas has stated he has authority to accept service on behalf of Lloyd's.

_____
Vianny M. Pichardo, Esq.