UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY, THE
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,

Plaintiffs,

- against -

TUTOR PERINI CORPORATION,

Defendant.           X
-----------------------------------------------------------------
TUTOR PERINI CORPORATION,

Third Party Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

Third Party Defendant.
----------------------------------------------------------------X

Case No.: 11-CV-00431 (KBF)

**ORDER FOR ADMISSION PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 06 2012

The motion of George C. Rockas for admission to practice *pro hac vice* in the above captioned action is granted. The admitted attorney is permitted to argue or try this particular matter in whole or in part as counsel or advocate.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Massachusetts and that his contact information is as follows:

Applicant's Name: George Rockas

Firm Name: WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Address: 260 Franklin Street

City / State / Zip: Boston, MA 02110-3112

Telephone / Fax: (p) 617-422-5301 / (f) 617-423-6917

3808670.1

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third Party Defendant Certain Underwriters at Lloyd's London in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: March 6, 2012

K. B. Forrest
United States District ~~Magistrate~~ Judge
Katherine B. Forrest

3808670.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

I, ROSEANN DELCIELO, being sworn, say: I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York.

On February 27, 2012 served the within NOTICE OF MOTION FOR ADMISSION PRO HAC VICE at the address designated by said attorney for that purpose by depositing a true copy of same enclosed properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

TO:  Finley T. Harckham, Esq.
     Vianny M. Pichardo, Esq.
     Anderson Kill & Olick, P.C.
     *Counsel for Defendant/Third Party Plaintiff*
     *Tutor Perini Corporation*
     1251 Avenue of the Americas
     New York, N.Y. 10020

     John D. Hughes, Esq.
     Joshua W. Gardner, Esq.
     Edwards Wildman Palmer LLP
     *Counsel for Plaintiffs*
     111 Huntington Avenue
     Boston, M.A. 02199

ROSEANN DELCIELO

Sworn to before me this
27TH day of February, 2012

Jensen Varghese
Notary Public, State of New York
No. 02VA6117611
Qualified in Westchester County
Commission Expires Nov. 1, 2012

1682637.1