

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

                        Plaintiffs,

v.

TUTOR PERINI CORPORATION,

                        Defendant.

TUTOR PERINI CORPORATION,

                        Third-Party Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

                        Third-Party Defendant,

CASE NO. 11-CV-00431 (KBF)(ECF)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Vianny M. Pichardo, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Alexander D. Hardiman, Esq.
        Anderson Kill & Olick, P.C.
        1251 Avenue of the Americas
        New York, New York 10020
        Tel: (212) 278-1588 - Fax: (212) 278-1733

Alexander D. Hardiman, Esq. is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings regarding Alexander D. Hardiman, Esq. in any State or Federal Court.

Dated:  New York, New York
        March 12, 2012

Respectfully submitted,

By: _____
Vianny M. Pichardo, Esq.
ANDERSON, KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733

*Attorney for Defendant and
Third-Party Plaintiff
Tutor Perini Corporation*

## CERTIFICATE OF SERVICE

I, Vianny M. Pichardo, HEREBY CERTIFY that a true and correct copy of the foregoing has been served via First Class Mail, postage pre-paid, on this 12th day of March, 2012 upon all counsel of record:

John David Hughes
Joshua William Gardner
Edwards Wildman Palmer LLP
Richard J. McCarthy
Edwards & Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
*Attorneys for Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh, PA*

George Rockas
Jenson Varghese
Sara A. Palencia
Wilson Elser, Moskowitz
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
*Attorney for Third-Party Defendant Certain Underwriters at Lloyd's, London*

_____
Vianny M. Pichardo, Esq.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TUTOR PERINI CORPORATION,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11-CV-00431 (KBF)(ECF) |
| TUTOR PERINI CORPORATION,<br><br>　　　　　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>　　　　　　　　　　Third-Party Defendant, | AFFIRMATION OF VIANNY M. PICHARDO, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

Vianny M. Pichardo, Esq., being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Anderson Kill & Olick, P.C. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit

Alexander D. Hardiman, Esq. as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York, and was admitted to practice law in the State of New York in 2009.

3. Mr. Hardiman is an attorney licensed to practice law in the State of California and has been a member in good standing of the California Bar since 1998. *See* Exhibit A. He is an active member in good standing and currently eligible to practice law in the U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, United States Court of Appeals for the Ninth Circuit, and the State of California.

4. There are no disciplinary proceedings pending against Mr. Hardiman, nor has he ever been subject to any disciplinary proceedings.

5. Mr. Hardiman has never been subject to any suspension or disbarment proceedings.

6. Mr. Hardiman is familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the New York Bar.

7. I respectfully submit a proposed order granting the admission of Alexander D. Hardiman, *pro hac vice*, which is attached as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Alexander D. Hardiman, Esq., *pro hac vice*, to represent Defendant and Third-Party Plaintiff Tutor Perini Corporation, in the above caption matter, be granted.

Dated: New York, New York
March 12, 2012

Respectfully submitted,

By: _____
Vianny M. Pichardo, Esq.
ANDERSON, KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733

*Attorney for Defendant and
Third-Party Plaintiff
Tutor Perini Corporation*

3

# EXHIBIT A



# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617      TELEPHONE: 888-800-3400

March 2, 2012

#197957
Donald K. Flynn
1251 Avenue of the Americas
New York, NY 10020

212-278-1404

TO WHOM IT MAY CONCERN:

In accordance with your request, please find enclosed the form of certificate of standing you require. This includes all, if any, disciplinary actions.

RECORDS DEPARTMENT

KL: cc

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 1, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDER DAVID HARDIMAN, #197957 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*
Louise Turner
Custodian of Membership Records

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>        Plaintiffs,<br><br>v.<br><br>TUTOR PERINI CORPORATION,<br><br>        Defendant. | CASE NO. 11-CV-00431 (KBF)(ECF) |
| TUTOR PERINI CORPORATION,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>        Third-Party Defendant, | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Vianny M. Pichardo, Esq., attorney for Attorneys for Defendant and Third-Party Plaintiff Tutor Perini Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Alexander D. Hardiman
      Anderson Kill & Olick, P.C.
      1251 Avenue of the Americas
      New York, New York 10020
    Tel: (212) 278-1588 - Fax: (212) 278-1733

nydocs1-983744.1

is admitted to practice *pro hac vice* as counsel for Attorneys for Defendant and Third-Party Plaintiff Tutor Perini Corporation, in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March [ ], 2012
       New York, New York

_____
United States District Judge

2