UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 16 2012
```

ILLINOIS NATIONAL INSURANCE COMPANY,
THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, and NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

          Plaintiffs,

v.

TUTOR PERINI CORPORATION,

          Defendant.

TUTOR PERINI CORPORATION,

          Third-Party Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

          Third-Party Defendant,

CASE NO. 11-CV-00431 (KBF)(ECF)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Vianny M. Pichardo, Esq., attorney for Attorneys for Defendant and Third-Party Plaintiff Tutor Perini Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Alexander D. Hardiman
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1588 - Fax: (212) 278-1733

nydocs1-983744.1

is admitted to practice *pro hac vice* as counsel for Attorneys for Defendant and Third-Party Plaintiff Tutor Perini Corporation, in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March [15], 2012
       New York, New York

_____
United States District Judge
Katherine B Forrest

2