```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 10, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
Illinois National Insurance Company, et
al.
                              Plaintiff(s)

-v-

Tutor Perini Corporation, et al.
                              Defendant(s).
------------------------------------------X

11 Civ. 431 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    The Status Conference in this action, currently scheduled for June 8, 2012 is hereby adjourned to June 29, 2012 at 12:30 p.m.

    SO ORDERED:

Dated:    New York, New York
            April 10, 2012

*Katherine B. Forrest*
_____
KATHERINE B. FORREST
United States District Judge