USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 0 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Plaintiffs,

v.

TUTOR PERINI CORPORATION,

Defendant.

CASE NO. 11-CV-00431

ASSENTED-TO MOTION BY THE CHARTIS INSURERS TO EXTEND TIME IN WHICH TO FILE REPLY BRIEF

Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh, Pa (the "Chartis Insurers") submit this assented-to motion to extend the time in which to file a reply brief in support of their Motion for Partial Judgment on the Pleadings (Dkt. 53) to April 30, 2012. As support for this Motion, the Chartis Insurers state the following:

1. The Chartis Insurers on March 26, 2012 filed a Motion for Partial Judgment on the Pleadings (Dkt. 53). Tutor Perini Corporation ("Tutor Perini") on April 12, 2012 filed its Opposition (Dkt. 57).

2. The Chartis Insurers require additional time in which to draft their Reply because their lead counsel is currently out of the country.

3. Tutor Perini has assented to the relief requested in this motion.

WHEREFORE, the Chartis Insurers respectfully request an extension of time to and including April 30, 2012 to submit their Reply in support of their Motion for Partial Judgment on the Pleadings.

BOS 897008.1

ILLINOIS NATIONAL INSURANCE
COMPANY; THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA; and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

By their attorneys,


/s/ Joshua W. Gardner
John D. Hughes
Joshua W. Gardner
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199
Tel. 617.239.0100
Fax. 617.227.4420
jhughes@edwardswildman.com
jgardner@edwardswildman.com

Dated: April 18, 2012

*The Clerk of Court is directed to terminate Docket No. 59.*

SO ORDERED: April 20, 2012

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

- 2 -

BOS 897008.1