USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 29 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ILLINOIS NATIONAL INSURANCE COMPANY, :
THE INSURANCE COMPANY OF THE STATE OF :
PENNSYLVANIA, and NATIONAL UNION FIRE :   11 Civ. 431 (KBF)
INSURANCE COMPANY OF PITTSBURGH, PA, :
                                    :   ORDER
               Plaintiffs,      :
                                    :
        -v-                         :
                                    :
TUTOR PERINI CORPORATION,           :
                                    :
               Defendant.     :
------------------------------------X

KATHERINE B. FORREST, District Judge:

     As set forth at the June 29, 2012 status conference in this action, it is hereby

     ORDERED that the following schedule shall govern the remainder of this action:

    1.    All discovery shall be completed no later than **September 7, 2012.**

    2.    Any motion for summary judgment shall be filed no later than **July 30, 2012**, with any opposition thereto filed **August 27, 2012**, and replies (if necessary) on **September 7, 2012.**

    3.    A two-day bench trial on the declaratory issues shall be held on **September 17-18, 2012.**

4.  All pretrial materials (i.e., a list of witnesses, list of exhibits with objections, deposition designations with objections, and motions in limine) are due no later than **September 14, 2012.** (If motions in limine are filed, counsel must respond within two days. Note that motions in limine may be filed at any time after the close of discovery before September 14, 2012.)

5.  The Court will let the parties know no later than **September 10, 2012** if the motions for summary judgment necessitate an adjournment of the September 17-18 trial date.

SO ORDERED:

Dated: New York, New York
       June 29, 2012

_____
KATHERINE B. FORREST
United States District Judge