UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>          Plaintiffs,<br><br> v.<br><br>TUTOR PERINI CORPORATION,<br><br>          Defendant,<br><br> v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>          Third-Party Defendant. | CASE NO. 11-CV-00431 (KBF) |

## NOTICE OF SUMMARY JUDGMENT MOTION

   PLEASE TAKE NOTICE THAT, upon the Declaration of Joshua W. Gardner, Esq. dated July 28, 2012, and the accompanying Appendix of Exhibits, the Statement of Undisputed Facts pursuant to Local Rule 56.1, and the Memorandum of Law, Plaintiffs Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh, Pa. will move this Court for an Order, pursuant to Fed. R. Civ. P. 56 to grant their Motion for Summary Judgment in its entirety, as well as for any other relief as this Court deems just and proper.

America 17053652.1

                                                     Respectfully submitted,

                                                     ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

                                                     By its attorney,

Dated: July 28, 2012

                                                   /s/ Joshua W. Gardner
                                                 Joshua W. Gardner
                                                 EDWARDS WILDMAN PALMER LLP
                                                 111 Huntington Ave.
                                                 Boston, MA 02199
                                                 Tel.  617.239.0100
                                                 Fax.  617.227.4420

America 17053652.1