UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

          Plaintiffs,

   - against -

TUTOR PERINI CORPORATION,

                X
------------------------------------------------------------------------
TUTOR PERINI CORPORATION,

         Third-Party Plaintiff,

   - against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

         Third-Party Defendant.
------------------------------------------------------------------------X

Case No.: 11-CV-00431 (KBF)

## NOTICE OF SUMMARY JUDGMENT MOTION

  PLEASE TAKE NOTICE THAT, upon the Declaration of George Rockas, Esq., declared on July 27, 2012, and all exhibits attached there, the statement of indisputable facts pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Memorandum of Law in Support of this motion, the Third-Party Defendant, Certain Underwriters at Lloyd's, London who subscribe to Policy No. 576/UF7274400 ("Underwriters"), will move this Court at the Courthouse located at 500 Pearl Street, New York, New York, for an ORDER, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant the Third-Party Defendant's motion for

936562.2

summary judgment in its entirety, as well as for any such other and further relief as this Court deems just and proper.

                                                Respectfully submitted,

                                                WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/George C. Rockas
George C. Rockas, BBO #544009
George.Rockas@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
*Attorneys for Third Party Defendant,*
*Certain Underwriters at Lloyds*
*Subscribing to Policy No. 576/UF7274400*
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300

Jensen Varghese
Jensen Varghese
Jensen.Varghese@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
914-872-7720

Dated: July 27, 2012

936562.2