UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,   Case No.: 11-CV-00431 (KBF)

                          Plaintiffs,

        - against -

TUTOR PERINI CORPORATION,

                                X
-----------------------------------------------------------------------
TUTOR PERINI CORPORATION,

                        Third-Party Plaintiff,

        - against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

                        Third-Party Defendant.
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jensen Varghese, certify as follows:

1. I am an associate with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, counsel for the Third-Party Defendant, Certain Underwriters at Lloyd's, London who subscribe to Policy No. 576/UF7274400 ("Underwriters"), in the above-captioned matter.

2. On behalf of Underwriters and in support of their motion for summary judgment, I certify that on July 27, 2012, I caused the following documents to be served by the electronic case filing (ECF) system:

    a. Notice of Summary Judgment Motion;

940303.1

    b. Declaration of George Rockas, dated July 27, 2012, with supporting exhibits numbered 1 through 32;

    c. Certain Underwriters At Lloyd's, London's Statement of Undisputed Facts In Support of Summary Judgment, dated July 27, 2012.; and

    d. Certain Underwriters At Lloyd's, London's Memorandum of Law In Support of Their Motion for Summary Judgment, dated July 27, 2012.

3. Service of the foregoing documents is upon:

> Vianny Pichardo, Esq.
> Finley T. Harckham, Esq.
> ANDERSON KILL & OLICK, P.C.
> 1251 Avenue of the Americas
> New York, NY 10020
>
> John D. Hughes, Esq.
> Joshua W. Gardner, Esq.
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA 02199

4. I certify that the foregoing statements are true.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


<u>Jensen Varghese</u>
Jensen Varghese
Jensen.Varghese@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
914-872-7720

Dated: July 27, 2012

940303.1