UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiffs, <br><br> v. <br><br> TUTOR PERINI CORPORATION, <br><br> Defendant, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, <br><br> Third-Party Defendant. | CASE NO. 11-CV-00431 (KBF) |

## CERTIFICATE OF SERVICE

I, Joshua W. Gardner, certify as follows:

1. I am an attorney at Edwards Wildman Palmer LLP and counsel to Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh, Pa (the "Chartis Insurers").

2. On behalf of the Chartis Insurers and in support of their motion for summary judgment, I certify that on July 28, 2012 I caused the following documents to be served on all counsel to all parties through the ECF system:

- Motion for Summary Judgment;

- Memorandum in Support of Motion for Summary Judgment;

- Statement of Undisputed Facts in Support of Motion for Summary Judgment;

- Affidavit of Joshua W. Gardner, with supporting exhibits numbered 1 through 27.

3. I certify that the foregoing statements are true.

Respectfully submitted,

America 17055428.1

                    ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

By its attorney,

Dated: July 28, 2012

/s/ Joshua W. Gardner
Joshua W. Gardner
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, MA 02199
Tel.  617.239.0100
Fax.  617.227.4420

America 17055428.1