USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 13, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                             :
ILLINOIS NATIONAL INSURANCE COMPANY, :
THE INSURANCE COMPANY OF THE STATE OF :
PENNSYLVANIA, and NATIONAL UNION FIRE :   11 Civ. 431 (KBF)
INSURANCE COMPANY OF PITTSBURGH, PA, :
                                             :         ORDER
               Plaintiffs,       :

        -v-                            :

TUTOR PERINI CORPORATION,             :

               Defendant.        :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

    The Court has granted the motion for issuance of letters rogatory (under separate cover). The parties should **not** construe the granting of that motion as an extension of any deadlines in this matter.

    The Clerk of the Court is directed to terminate the motion at Docket No. 86.

    SO ORDERED:

Dated: New York, New York
       August 13, 2012

                                  *Katherine B. Forrest*
                           _____
                              KATHERINE B. FORREST
                      United States District Judge