UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY, THE
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,

Case No.: 11-CV-00431 (KBF)

                        Plaintiffs,

      - against -

TUTOR PERINI CORPORATION,

                                             X
------------------------------------------------------------------------
TUTOR PERINI CORPORATION,

                        Third-Party Plaintiff,

      - against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

                       Third-Party Defendant.
------------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

    I, George Rockas, certify as follows:

1. I am a Partner with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, counsel for the Third-Party Defendant, Certain Underwriters at Lloyd's, London who subscribe to Policy No. 576/UF7274400 ("Underwriters"), in the above-captioned matter.

2. On behalf of Underwriters and in support of their motion for summary judgment, I certify that on August 15, 2012, I caused the following documents to be served by the electronic case filing (ECF) system:

942829.1

    a. Assented to Motion to Supplement Statement of Undisputed Facts in Support of Motion for Summary Judgment;

    b. Supplement Statement of Undisputed Facts in Support of Motion for Summary Judgment;

    c. Supplemental Declaration of George Rockas, dated August 14, 2012, with supporting exhibits numbered 33 through 37;

3. Service of the foregoing documents is upon:

    Vianny Pichardo, Esq.
    Finley T. Harckham, Esq.
    ANDERSON KILL & OLICK, P.C.
    1251 Avenue of the Americas
    New York, NY 10020

    John D. Hughes, Esq.
    Joshua W. Gardner, Esq.
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA 02199

4. I certify that the foregoing statements are true.

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    <u>George C. Rockas</u>
    George C. Rockas
    WILSON, ELSER
    260 Franklin Street, 14th Floor
    Boston, MA 02110
    (617) 422-5300

Dated: August 15, 2012