UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY, THE
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,

Case No.: 11-CV-00431 (KBF)

                      Plaintiffs,

    - against -

TUTOR PERINI CORPORATION,

                                           X
------------------------------------------------------------------------
TUTOR PERINI CORPORATION,

                      Third-Party Plaintiff,

    - against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

                      Third-Party Defendant.
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, George Rockas, certify as follows:

1. I am a Partner with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, counsel for the Third-Party Defendant, Certain Underwriters at Lloyd's, London who subscribe to Policy No. 576/UF7274400 ("Underwriters"), in the above-captioned matter.

2. On behalf of Underwriters and in support of their motion for summary judgment, I certify that on August 27, 2012, I caused the following documents to be served by the electronic case filing (ECF) system:

945225.1

   a. Assented to Motion for Leave to File Second Supplement Statement of Undisputed Facts in Support of Motion for Summary Judgment;

   b. Second Supplement Statement of Undisputed Facts in Support of Motion for Summary Judgment;

   c. Second Supplemental Declaration of George Rockas, dated August 27, 2012, with supporting exhibits numbered 38 through 39;

3. Service of the foregoing documents is upon:

   Vianny Pichardo, Esq.
   Finley T. Harckham, Esq.
   ANDERSON KILL & OLICK, P.C.
   1251 Avenue of the Americas
   New York, NY 10020

   John D. Hughes, Esq.
   Joshua W. Gardner, Esq.
   Edwards Angell Palmer & Dodge LLP
   111 Huntington Avenue
   Boston, MA 02199

4. I certify that the foregoing statements are true.

                                    Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                                    George C. Rockas
                                    George C. Rockas
                                    WILSON, ELSER
                                    260 Franklin Street, 14th Floor
                                    Boston, MA 02110
                                    (617) 422-5300


Dated: August 27, 2012

2

945225.1