**CERTIFICATE OF SERVICE**

      I, Joshua W. Gardner, certify that the Chartis Insurers' Reply Memorandum in Support of Motion for Summary Judgment was filed electronically using the Court's ECF system on September 5, 2012, with a copy thereby delivered by email to all counsel.

                                                  /s/ Joshua W. Gardner