```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ILLINOIS NATIONAL INSURANCE COMPANY,:
THE INSURANCE COMPANY OF THE STATE OF:
PENNSYLVANIA, and NATIONAL UNION FIRE:    11 Civ. 431 (KBF)
INSURANCE COMPANY OF PITTSBURGH, PA,:
                                    :          ORDER
                 Plaintiffs,        :
                                    :
         -v-                        :
                                    :
TUTOR PERINI CORPORATION,           :
                                    :
                 Defendant.         :
                                    :
------------------------------------X
```

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that the date for the joint pretrial order and the trial date are ADJOURNED.

IT IS FURTHER ORDERED that the parties are to appear for a status conference/oral argument on the motions to dismiss on November 30, 2012, at 2:30 p.m.

SO ORDERED:

Dated: New York, New York
       September 10, 2012

                              _____
                                    KATHERINE B. FORREST
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 10 2012