```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ILLINOIS NATIONAL INSURANCE COMPANY,:
THE INSURANCE COMPANY OF THE STATE OF:
PENNSYLVANIA, and NATIONAL UNION FIRE:   11 Civ. 431 (KBF)
INSURANCE COMPANY OF PITTSBURGH, PA,:
                                    :        ORDER
                        Plaintiffs, :
                                    :
          -v-                       :
                                    :
TUTOR PERINI CORPORATION,           :
                                    :
                        Defendant.  :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 10 2012

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that the date for the joint pretrial order and the trial date are ADJOURNED.

IT IS FURTHER ORDERED that the parties are to appear for a status conference/oral argument on the motions to dismiss on November 30, 2012, at 2:30 p.m.

SO ORDERED:

Dated: New York, New York
       September 10, 2012

_____
KATHERINE B. FORREST
United States District Judge