UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY, THE
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,

                      Plaintiffs,

- against -

TUTOR PERINI CORPORATION,

                      Defendant.    X
-------------------------------------------------------------------
TUTOR PERINI CORPORATION,

                      Third Party Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

                      Third Party Defendant.
-------------------------------------------------------------------X

Case No.: 11-CV-00431 (KBF)

**ORDER FOR ADMISSION PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 14 2012

The motion of Peri K. Agulnek for admission to practice *pro hac vice* in the above captioned action is granted. The admitted attorney is permitted to argue or try this particular matter in whole or in part as counsel or advocate.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of Massachusetts and that his contact information is as follows:

    Applicant's Name: <u>Peri K. Agulnek</u>

    Firm Name: <u>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP</u>

    Address: <u>260 Franklin Street</u>

    City / State / Zip: <u>Boston, MA 02110-3112</u>

    Telephone / Fax: <u>(p) 617-422-5350 / (f) 617-423-6917</u>

4125364.1

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third Party Defendant Certain Underwriters at Lloyd's London in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: Sept. 14, 2012

K. B. Forrest
United States District ~~Magistrate~~ Judge
Katherine B. Forrest

4125364.1