UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,
THE INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,

                          Plaintiffs,

-against-

TUTOR PERINI CORPORATION,
                Defendant.
-----------------------------------------------------------------X
TUTOR PERINI CORPORATION,
                Third-Party Plaintiff,

-against-

CERTAIN UNDERWRITER AT LLOYD'S,
LONDON,
                Third-Party Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/12

11 **CIVIL** 0431 (KBF)
**JUDGMENT**

        The Chartis Insurers and Lloyd's having separately moved for summary judgment, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on November 15, 2012, having rendered its Memorandum Decision and Order granting defendants the Chartis Insurers and third-party defendant Certain Underwriter of Lloyd's, London's motions for summary judgment, and dismissing this action in its entirety, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 15, 2012, defendants the Chartis Insurers and third-party defendant Certain Underwriter of Lloyd's, London's motions for summary judgment are granted; and this action is dismissed in its entirety; accordingly, the case is closed.

Dated: New York, New York
           November 19, 2012

                              **RUBY J. KRAJICK**

                              **Clerk of Court**
                      BY:

                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____