UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Illinois National Insurance Company et al,

                         Plaintiffs,

- against -

Tutor Perini Corporation,

                         Defendant,

- against –

Certain Underwriters at Lloyd's, London

                         Third Party Defendant.

Case No.: 1:11-cv-00431-KBF

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE, that GUY J. LEVASSEUR of Wilson Elser Moskowitz Edelman & Dicker, LLP hereby appears as attorney for Third-Party Defendant, Certain Underwriters at Lloyd's, London who subscribe to Policy No. 576/UF7274400 ("Underwriters") in the above-entitled action. I am admitted to practice in this court, and I appear in this case as counsel for Third Party Defendant Underwriters.

Dated:    New York, New York
               December 3, 2012

                                        Yours, etc.,

                                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                        By: _____
                                                 Guy J. Levasseur
                                                 3 Gannett Drive
                                                 White Plains, New York 10604-3407
                                                 P (914) 972-7100
                                                 F (914) 323-7001
                                                 Guy.Levasseur@WilsonElser.com
                                                 *Attorneys for Third Party Defendant Underwriters*

4288225.1