AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ILLINOIS NATIONAL INSURANCE COMPANY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11-cv-00431-KBF |
| TUTOR PERINI CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Illinois Nat'l Ins. Co., Ins. Co. of the State of Pa., and Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.

Date:   12/05/2012

*Jonathan A. Cipriani*
*Attorney's signature*

Jonathan A. Cipriani, JC1134
*Printed name and bar number*

Bates Carey Nicolaides LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606
*Address*

jcipriani@bcnlaw.com
*E-mail address*

(312) 762-3126
*Telephone number*

(312) 762-3200
*FAX number*

Print     Save As...     Reset