UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>        Plaintiffs,<br><br>v.<br><br>TUTOR PERINI CORPORATION,<br><br>        Defendant. | Case No. 11-cv-00431 (KBF)<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/28/12 |
| TUTOR PERINI CORPORATION,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>        Third-Party Defendant. | |

  The motion of Barbara I. Michaelides for admission to practice Pro Hac Vice in the above-captioned matter is granted.

  Applicant has declared that she is a member in good standing of the bar of the state of Illinois and that her contact information is as follows:

  Barbara I. Michaelides
  Bates Carey Nicolaides LLP
  191 N. Wacker, Suite 2400
  Chicago, IL 60606
  312.762.3100 (telephone)
  312.762.3200 (fax)
  bmichaelides@bcnlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Illinois National Insurance Company, the Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh, Pa. in the above-captioned matter,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/28/12

_____
KATHERINE B. FORREST
United States District Judge

2