UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>        Plaintiffs,<br><br>v.<br><br>TUTOR PERINI CORPORATION,<br><br>        Defendant. | Case No. 11-cv-00431 (KBF) |
| TUTOR PERINI CORPORATION,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>        Third-Party Defendant. | |

**PLAINTIFFS' STATEMENT IN RESPONSE TO TUTOR PERINI CORPORATION'S MOTION FOR RECONSIDERATION**

  Tutor Perini Corporation stated on page 2, footnote 1 of its Memorandum of Law in Support of its Motion for Reconsideration that the motion "is limited to the Order as it applied to Lloyd's." Since none of Tutor Perini's arguments are directed at Illinois National Insurance Company, the Insurance Company of the State of Pennsylvania, or National Union Fire Insurance Company of Pittsburgh, Pa., those parties take no position with respect to the motion.

Dated:  January 7, 2013  Respectfully Submitted:

/s/ Barbara I. Michaelides
Barbara I. Michaelides
Bates Carey Nicolaides LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606
312.762.3100 (telephone)
312.762.3200 (fax)
bmichaelides@bcnlaw.com

## CERTIFICATE OF SERVICE

  I, Barbara I. Michaelides, hereby certify that on this 7th day of January, 2013, I filed this Statement in Response to Tutor Perini Corporation's Motion for Reconsideration using the Court's ECF system, with a copy thereby transmitted electronically to all counsel of record.

               /s/ Barbara I. Michaelides
               Barbara I. Michaelides