# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 08, 2013
Docket #: 12-5117
Short Title: Illinois National Insurance Co v. Tutor Perini Corporation

DC Docket #: 11-cv-431
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

## NOTICE OF STAY OF APPEAL

A notice of appeal was filed in this case on December 18, 2012. Since at least one motion cited in FRAP 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s).

Appellant is directed to inform this Court in writing of the status of the motion(s) within 14 days of the date of this notice, thereafter at 30 day intervals, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

Inquiries regarding this case may be directed to 212-857-8551.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 8, 2013