AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, et al  ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   11-CV-00431 (KBF) |
| TUTOR PERINI CORPORATION ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Tutor Perini Corporation.

Date:   01/14/2013

s/Carrie Maylor DiCanio
*Attorney's signature*

Carrie Maylor DiCanio
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York  10020

*Address*

cdicanio@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*