UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

            Case No.: 11-CV-00431 (KBF)

            Plaintiffs,

    - against -

TUTOR PERINI CORPORATION,

            X

------------------------------------------------------------------------

TUTOR PERINI CORPORATION,

            Third-Party Plaintiff,

    - against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

            Third-Party Defendant.

------------------------------------------------------------------------X

**NOTICE OF RE-APPEARANCE**

    Please take notice that attorney Josh Gardner, now of Josh Gardner Law, P.C., is re-appearing on behalf of Defendants Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburg, PA.

Date:   January 16, 2013

**Error! Unknown document property name.**965523.1

ILLINOIS NATIONAL INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, P.A.,
By their attorney,

/s/ Josh Gardner
Josh Gardner Law, P.C.
33 Mount Vernon St.
Boston, MA 02108
Phone: 857-225-2743
Fax: 888-588-7956
josh@joshgardnerlaw.com

<u>Certificate of Service</u>

I, Josh Gardner, hereby certify that the above document was filed on January 16, 2013 using the Court's ECF system, with a copy thereby delivered electronically to counsel to all parties.

/s/ Josh Gardner

**Error! Unknown document property name.**965523.1